1 | **RICHARD MARK GARBER**
**Attorney at Law Bar #102688**
2 | **12652 Huston Street**
**North Hollywood, CA 91607**
3 | E-mail: rickgarber@sbcglobal.net
(818) 762-8120 | FAX (818) 762-0574
4 |
5 | Attorney for Debtor
6 |
7 |
8 |
9 | UNITED STATES BANKRUPTCY COURT
10 | CENTRAL DISTRICT OF CALIFORNIA
11 | In Re:                                          ) Chapter 13
                                                    )
12 |                                                 ) Case No.  1:12-bk-17172-VK
                                                    )
13 |                                                 ) **DECLARATION OF BIBLIANA BOVERY IN**
                                                    ) **SUPPORT OF HER REPLY TO THE**
14 | BIBLIANA LUCIA BOVERY                           ) **OPPOSITION FILED BY US BANK TO**
                                                    ) **DEBTOR'S OBJECTION TO ITS RESPONSE TO**
15 |                                                 ) **NOTICE OF  FINAL  CURE  PAYMENT**
                                                    )
16 |                                                 ) Case :    July 10, 2018
                          Debtor.                   ) Time:      11:30 am
17 | ─────────────────────────────                  ) Ctrm:        301
18 | ///
19 | ///
20 | ///
21 | ///
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///

### DECLARATION OF BIBLIANA BOVERY

I, Bibliana Bovery, declare:

1.      I am the debtor in the above-captioned case.

2.      I have personal knowledge of the facts to which I have testified. My knowledge is based on my personal observation or actions, and/or based on my review of the court file.

3.      I filed this bankruptcy case on August 12, 2012. My first mortgage payment came due in September, 2012.

4.      When I started my case, my mortgage payment was $1,888.17, as per the proof of claim.

5.      I routinely paid more than that. As US Bank's loan history [Exhibit #1 to my objection] shows, I was paying more than the principal and interest payment.

6.      After I defaulted on my mortgage payments in June, 2014, BSI filed a motion for relief from stay, claiming I was 16 payments delinquent, and that my mortgage payment was $1,888.17 per month.

7.      I disputed the allegation of the delinquency, and I opposed the motion; eventually, BSI simply withdrew the motion for relief from stay. I did not know why at the time, but in hind sight, it probably was because it was getting ready to, or already had, transferred its loan servicing duties to SN.

8.      SN took over the loan servicing in August, 2015; immediately, I made arrangements with SN to begin automatic electronic mortgage payments that would be deducted from my checking account. The SN representative with whom I spoke told me that the amount of my monthly mortgage payment was $1,888.17 per month.

9.      The SN mortgage representative set up an automatic electronic payment of $1,888.17 per month. My first automatic electronic payment to SN in the amount of $1,888.17 started in September, 2015, and continues until this very day.

10.     If my mortgage payment actually included an escrow impound account for property taxes and insurance, and if my actual mortgage payment with said escrow impound account were $2,314.96 per month, as per the only mortgage payment change notice, SN would have set up my automatic electronic mortgage payment for $2,134.96. It did not.

11.     I have to assume that SN knows the correct amount of my mortgage payment, and whether or not I have an escrow payment impound set up for collecting and paying property taxes and insurance. SN has a duty to correctly service and manage my account. That includes setting up the automatic electronic payment for the correct amount. I assume it exercised the proper duty of care in setting up my automatic electronic payment in the amount of $1,888.17 per month.

1    I declare under penalty of perjury of the laws of the State of California that the foregoing

2    facts are true and correct and within my personal knowledge. Executed this July 3, 2018 at

3    MINNEAPOLIS, MN

4

5                                                    Bibliana Bovery, Declarant

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

12652 Huston Street, North Hollywood, CA 91607

A true and correct copy of the foregoing document entitled (*specify*): _____
DECLARATION OF BIBLIANA BOVERY IN SUPPORT OF HER REPLY TO THE _____

OPPOSITION FILED BY U.S. BANK _____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in
the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
07/04/2018 _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that
the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated
below:

☑ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*)  07/04/2018 _____, I served the following persons and/or entities at the last known addresses in this bankruptcy
case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail,
first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the
judge will be completed no later than 24 hours after the document is filed.

Hon. Victoria Kaufman, U.S. Bankruptcy Judge, 21041 Burbank Blvd., Suite 354, Woodland Hills, CA 91367

Please see attached

☑ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method
for each person or entity served):**  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served
the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to
such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration
that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is
filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/04/2018 | Keti Bicon | *Keti Bicon* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

Proof of Service Attachment

In re Bibliana Bovery
1:12-bk-17172-VK

Kristin Zilberstein, Attorney for US Bank Trust National Association
1920 Old Tustin Avenue, Santa Ana, CA 92705

SN Servicing Corporation, Servicing Agent for US Bank Trust National Association
13702 Coursey Blvd, Bldg Two, Baton Rouge, LA 70817

Corporation Service Company, Which will do Business in California as CSC - Lawyers
Incorporation Service, as Agent for Service of Process for SN Servicing Corporation
2710 Gateway Oaks Drive, Suite 150N, Sacramento, CA 95833

Elizabeth F. Rojas, Chapter 13 Trustee
15260 Ventura Blvd., Suite 710, Sherman Oaks, CA 91403

# Mailing Information for Case 1:12-bk-17172-VK

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Michael W Aiken**   MAiken@NBSDefaultServices.com
- **Patrick K Bruso**   bruso005@umn.edu
- **Richard Mark Garber**   rickgarber@sbcglobal.net
- **Marian Garza**   ecfnotices@ascensioncapitalgroup.com
- **Michelle R Ghidotti**   ECFNotifications@ghidottilaw.com
- **Elizabeth (SV) F Rojas (TR)**   cacb_ecf_sv@ch13wla.com
- **Edward G Schloss**   egs2@ix.netcom.com
- **United States Trustee (SV)**   ustpregion16.wh.ecf@usdoj.gov
- **Kristin A Zilberstein**   ecfnotifications@ghidottilaw.com

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**LVNV Funding LLC**
c/o Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

## Creditor List

Click the link above to produce a complete list of **creditors** only.

## List of Creditors

Click on the link above to produce a list of **all** creditors and **all** parties in the case. User may sort in columns or raw data format.