1  Kristin A. Zilberstein, Esq. (SBN 200041)
2  Jennifer R. Bergh, Esq. (SBN 305219)
   LAW OFFICES OF MICHELLE GHIDOTTI
3  1920 Old Tustin Avenue
   Santa Ana, CA 92705
4  Ph: (949) 4272010
   Fax: (949) 427-2732
5  kzilberstein@ghidottilaw.com

6
   Attorney for Secured Creditor US Bank Trust National Association, as Trustee of the PRP II
7  PALS Investments Trust

**FILED & ENTERED**

**JUL 16 2018**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY Reaves    DEPUTY CLERK**

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In Re:<br><br>Bibliana Lucia Bovery<br><br>    Debtor. | CASE NO.: 12-17172<br><br>CHAPTER 13<br><br>**ORDER ON OBJECTION OF DEBTOR TO RESPONSE FILED BY US BANK TRUST NATIONAL ASSOCIATION TO THE CHAPTER 13 TRUSTEE'S NOTICE OF FINAL CURE PAYMENT**<br><br>DATE: 7/10/2018<br>TIME: 11:30 AM<br>Department: 301<br>Location: 21041 Burbank Blvd., Woodland Hills, CA 91367<br><br>Honorable Victoria S. Kaufman |

1

ORDER

The Objection of Debtor to Response filed by US Bank Trust National Association to the Chapter 13 Trustee's Notice of Final Cure Payment came on regularly for hearing by the Court on the date, time and place set forth above, before the Honorable Victoria S. Kaufman. All appearances are as noted in the court record.

Upon reading the papers ~~nad~~ *and* pleadings on file herein, and upon hearing oral argument and based on the evidence presented, *and for the reasons stated in the Court's written decision [doc. 114],* the Court rules as follows:

**IT IS HEREBY ORDERED** that the Objection is sustained as to the $120 late charge.

**IT IS HEREBY ORDERED** that the Objection is otherwise overruled.

###

Date: July 16, 2018

Victoria S. Kaufman
United States Bankruptcy Judge